IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02144-MSK-MEH

TERRY E. DEMARR,

      Applicant,

v.

R.L. MORRISON,

      Respondent.

---

## ORDER GRANTING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

Applicant has filed an Application to Proceed Without Prepayment of Fees and Affidavit, and a petition for a writ of habeas corpus.  The Application to Proceed Without Prepayment of Fees and Affidavit will be granted.  Accordingly, it is

ORDERED that the Application to Proceed Without Prepayment of Fees and Affidavit is granted.  It is

Dated this 1st day of December, 2006

**BY THE COURT:**

Marcia S. Krieger
United States District Judge